UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MICHAEL GROVES,
    Plaintiff,

vs.

CINCINNATI CHILDREN's HOSPITAL
MEDICAL CENTER,
    Defendant.

Case No. 1:14-cv-674

Beckwith, J.
Litkovitz, M.J.

**ORDER**

    This matter is before the Court following a telephonic status conference held on June 1, 2015. On May 8, 2015, defense counsel filed a Suggestion of Death of plaintiff Michael Groves. (Doc. 15). Plaintiff's death was confirmed by his counsel, Robert Klingler. Mr. Klingler represented that plaintiff died intestate and without providing deposition testimony. Mr. Klingler further represented that at this time and pursuant to plaintiff's request, it is counsel's intent to open an estate on behalf of plaintiff and move to substitute plaintiff's successor as the party in this matter pursuant to Fed. R. Civ. P. 25. Defense counsel represented that until such substitution is made, it is unable to conduct necessary discovery. In consideration of these representations, all current discovery and dispositive motions deadlines in this matter are **STAYED**. This matter is set for a follow-up status conference to be held on **July 1, 2015** at **1:00 p.m.** at which time the parties will advise the Court on the status of party substitution and the need to reschedule the deadlines in this matter.

    **IT IS SO ORDERED.**

6/1/15
Date

Karen L. Litkovitz
United States Magistrate Judge